UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENNIS NADLER,

    Plaintiff,

    v.

MERLIN INTERNATIONAL, INC. f/k/a
MERLIN SOFTWARE CORPORATION
d/b/a MERLIN TECHNICAL SOLUTIONS,
INC.,

    Defendant.

Case No. 06-cv-907-JPG

## JUDGMENT

This matter having come before the Court, and the parties having filed a notice of dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI**

**Dated:  January 24, 2008**       By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**